# Court of Appeals
# of the State of Georgia

ATLANTA,  March 05, 2018

*The Court of Appeals hereby passes the following order:*

**A18D0313.  CHAPEKA MAJORS v. DANNY CARGAL.**

The magistrate court entered judgment in favor of plaintiff Danny Cargal in this dispossessory action.  Defendant Chapeka Majors appealed to the superior court. On January 4, 2018, after holding a bench trial, the superior court entered judgment in favor of Cargal and ordered Majors to vacate the property within seven days.  On January 22, 2018, the superior court entered an order finding that Majors had not vacated the property, granting Cargal a writ of possession, and directing Majors to appear for a contempt hearing.  On February 1, 2018, Majors filed this application for discretionary appeal.  We lack jurisdiction.

Generally, an application for discretionary appeal must be filed within 30 days of entry of the order sought to be appealed.  See OCGA § 5-6-35 (d).  The underlying subject matter of an appeal, however, controls over the relief sought in determining the proper appellate procedure.  See *Rebich v. Miles*, 264 Ga. 467, 467-468 (448 SE2d 192) (1994).  The underlying subject matter here is a dispossessory judgment. Under OCGA § 44-7-56, an appeal from a dispossessory judgment must be filed within seven days of the date the judgment was entered. See *Ray M. Wright, Inc. v. Jones*, 239 Ga. App. 521, 522-523 (521 SE2d 456) (1999).  This application is untimely, as it was filed ten days after the order Majors wishes to appeal.

Accordingly, we lack jurisdiction to review this application, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*  *03/05/2018*
  *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

                 *, Clerk.*